**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000408
19-AUG-2025
08:07 AM
Dkt. 40 ORD**

NO. CAAP-23-0000408

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

AMERICAN EXPRESS NATIONAL BANK, Plaintiff-Appellee, v.
ABRON TOURE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DRC-21-0003357)

**ORDER**
(By: Nakasone, Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the ***Motion to Reconsider*** *Summary Disposition Order* filed by Abron Toure on August 14, 2025, the papers in support, and the record, it appears that the motion presents no point of law or fact we overlooked or misapprehended. See Rule 40(b), Hawai'i Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion to Reconsider is denied.

DATED: Honolulu, Hawai'i, August 19, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge